in the consideration or decision of this petition. 

No. 12–6323. LINDSAY v. BOEING NORTH AMERICA, INC.,
ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE ALITO took
no part in the consideration or decision of this petition.

No. 11–1328. CUNNINGHAM v. MCCLUSKEY ET AL., *ante*,
p. 816;
No. 11–10174. COULTER v. UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA, *ante*, p. 835;
No. 11–10244. ADKINS v. ARMSTRONG ET AL., *ante*, p. 837;
No. 11–10451. RODRIGUEZ v. PETERS, DIRECTOR, OREGON DE-
PARTMENT OF CORRECTIONS, ET AL., *ante*, p. 844;
No. 11–10776. NENG POR YANG v. CITY OF SHAKOPEE, MINNE-
SOTA, ET AL., *ante*, p. 861;
No. 11–10788. NENG POR YANG v. HANSON ET AL., *ante*,
p. 862;
No. 11–10910. BAK v. DONAHOE, POSTMASTER GENERAL, ET
AL., *ante*, p. 868;
No. 12–39. SELGAS ET UX. v. HENDERSON COUNTY APPRAISAL
DISTRICT, *ante*, p. 884;
No. 12–5239. DANG v. SOLAR TURBINES INC., *ante*, p. 902;
No. 12–5322. VICKERMAN v. BIXLER ET AL., *ante*, p. 907;
No. 12–5482. ABRAM v. GERRY, WARDEN, *ante*, p. 914; and
No. 12–5517. EVANS v. UNITED STATES, *ante*, p. 916. Peti-
tions for rehearing denied.

No. 11–10607. RUTLEDGE v. CITY OF OAKLAND, CALIFORNIA,
ET AL., *ante*, p. 930. Petition for rehearing denied. JUSTICE
BREYER took no part in the consideration or decision of this
petition.

No. 12–38. CALDWELL v. KAGAN, ASSOCIATE JUSTICE, SU-
PREME COURT OF THE UNITED STATES, ET AL., *ante*, p. 931. Pe-
tition for rehearing denied. JUSTICE KAGAN took no part in the
consideration or decision of this petition.

No. 12–5357. RUTLEDGE v. ALLEN ET AL., *ante*, p. 933. Peti-
tion for rehearing denied. JUSTICE BREYER took no part in the
consideration or decision of this petition.